**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PETER SOUDERS,

          *Plaintiff,*

      v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

          *Defendants*.

Civil Case No. 1:25-cv-03924 (TJK)

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff, by and through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and all Defendants in the above-captioned matter.

Dated: December 18, 2025
      Washington, DC

Respectfully submitted,

*/s/ Amy Jeffress*
Amy Jeffress (DDC No. 449258)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
T: (202) 742-2655
ajeffress@heckerfink.com

*Attorney for Plaintiff Peter Souders*