**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PETER SOUDERS,

     *Plaintiff,*

   v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

     *Defendants*.

Civil Case No. 1:25-cv-03924 (TJK)

**DECLARATION OF SERVICE**

I, Thea Raymond-Sidel, do hereby declare as follows:

1.  I am employed as an attorney at Hecker Fink LLP. I, along with my colleagues, represent Plaintiff Peter Souders in this matter.

2.  On November 12, 2025, Plaintiff filed a complaint in the above-captioned matter in the U.S. District Court for the District of Columbia. On November 13, 2025, the Court issued signed summonses for the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Department of Homeland Security, Secretary of Homeland Security Kristi Noem, Chief of Staff to the Under Secretary for Management at the Department of Homeland Security Greyson McGill, the Department of Defense, Secretary of Defense Pete Hegseth, and Deputy Assistant Secretary of Defense for Civilian Personnel Policy Michael Cogar.

3.  On November 24, 2025, I served the issued summonses and copies of the complaint on the U.S. Attorney for the District of Columbia via email to USADC-ServiceCivil@usa.doj.gov. *See* Exhibit A. On December 4, 2025, the Civil Process Clerk for the U.S. Attorney's Office for the District of Columbia confirmed receipt. *Id.* On November 24, 2025, I served the issued

summonses and copies of the complaint on the U.S. Attorney General and all Defendants via certified, first-class U.S. Mail.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2025
      New York, New York

Respectfully submitted,

Thea Raymond-Sidel
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
T: (212) 763-0883
traymond-sidel@heckerfink.com

*Attorney for Plaintiff Peter Souders*

2