# EXHIBIT A

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Thursday, December 4, 2025 4:04 PM |
| **To:** | Thea Raymond-Sidel; USADC-ServiceCivil |
| **Cc:** | Amy Jeffress; Mike Ferrara; Mark S. Zaid, P.C.; Heidi Burakiewicz; Anna Collins Peterson |
| **Subject:** | RE: Souders v. Department of Homeland Security, et al., 1:25-cv-03924 |

> This email was sent from outside the Firm.

The summons and complaint have been received by email, with a service date of November 24, 2025.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Thea Raymond-Sidel <traymond-Sidel@heckerfink.com>
**Sent:** Monday, November 24, 2025 11:33 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Amy Jeffress <ajeffress@heckerfink.com>; Mike Ferrara <mferrara@heckerfink.com>; Mark S. Zaid, P.C. <mark@markzaid.com>; Heidi Burakiewicz <hburakiewicz@bdlawdc.com>; Anna Collins Peterson <apeterson@heckerfink.com>
**Subject:** [EXTERNAL] Souders v. Department of Homeland Security, et al., 1:25-cv-03924

Hello –

This email represents service on the U.S. Attorney's Office for the District of Columbia under Federal Rule of Civil Procedure 4(i)(1)(A) and https://www.justice.gov/usao-dc/civil-division. Please acknowledge that service has been received and accepted.

Best,
Thea Raymond-Sidel

**Thea Raymond-Sidel | Hecker Fink LLP**
Associate
350 Fifth Avenue | 63rd Floor
New York, NY 10118
(W) 646.741.5661 | (M) 917.734.0466
traymond-Sidel@heckerfink.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

1