UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER SOUDERS,<br><br>               *Plaintiff,*<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>               *Defendants.* | Civil Action No. 25-3924 (TJK) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Fithawi Berhane and remove the appearance of Assistant United States Attorney Heather Graham-Oliver, as counsel for Defendants in the above-captioned case.

Dated: January 28, 2026
Washington, DC

                                                        Respectfully submitted,

                                                        By: /s/ *Fithawi Berhane*
                                                        FITHAWI BERHANE
                                                        Assistant United States Attorney
                                                        601 D Street, NW
                                                        Washington, DC 20530
                                                        Ph: (202) 252-6653
                                                        Fithawi.berhane@usdoj.gov

                                                        *Attorney for the United States of America*